**Opinion issued June 24, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00690-CV

———————————

**GENEVA CHATMAN, Appellant**

**V.**

**MUHAMMAD NAZIM, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1227874**

---

## MEMORANDUM OPINION

Appellant's brief was due to be filed on March 6, 2025. On March 17, 2025, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant did not file a brief or motion for extension.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3; 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.